FILED
MAR 08 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | No CR-12-279-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JOSE MANUEL GARCIA GONZALEZ ) | |
| Defendant. ) | |

The above named defendant having been sentenced on March 3, 2014 to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 3-3-14

ANTHONY W. ISHII
U.S. District Judge

1

9/26/96 exonbnd frm